**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
EDWARD JOSEPH GREEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EDWARD JOSEPH GREEN,<br><br>　　　　Defendant. | Case No.: 1:11-CR-00044 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND<br><br>**ORDER**<br><br>Date: August 29, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the status conference currently scheduled for Monday, August 29, 2011, **be continued to Monday, September 26, 2011, at 9:00 a.m.**

This continuance is requested based on upon the fact that the attorney for the Defendant herein needs additional time for preparation and investigation of the case.

Counsel for Defendant has been in contact with Assistant United States Attorney, Jeremy R. Jehangiri, who has no objection to this continuance.

The parties agree that time shall be excluded from the filing of the motions through the hearing date on August 29,

2011, pursuant to 18 U.S.C. § 3161(h)(1)(F).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: August 24, 2011.

NUTTALL COLEMAN & WILSON

By: /s/ Roger T. Nuttall
ROGER T. NUTTALL
Attorneys for Defendant
EDWARD JOSEPH GREEN

DATED: August 24, 2011.           BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jeremy R. Jehangiri
JEREMY R. JEHANGIRI
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

IT IS SO ORDERED.

Dated:     August 26, 2011

CHIEF UNITED STATES DISTRICT JUDGE