**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
EDWARD JOSEPH GREEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00044 AWI |
|---|---|
| Plaintiff, | AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| vs. | **ORDER** |
| EDWARD JOSEPH GREEN, | Date: October 31, 2011 |
| Defendant. | Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the status conference currently scheduled for Monday, October 31, 2011, **be continued to Monday, December 5, 2011, at 9:00 a.m.** This continuance is requested based on upon the fact that the attorney for the Defendant herein needs additional time for preparation and investigation of the case.

Counsel for Defendant has been in contact with Assistant United States Attorney, Jeremy R. Jehangiri, who has no objection to this continuance.

The parties agree that time shall be excluded for preparation and investigation through the hearing date on December 5, 2011, pursuant to 18 U.S.C. § 3161(h)(1)(F).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: October 26, 2011.

                                        NUTTALL COLEMAN & WILSON

                                        By: /s/ Roger T. Nuttall
                                            ROGER T. NUTTALL
                                            Attorneys for Defendant
                                            EDWARD JOSEPH GREEN

DATED: October 26, 2011.    BENJAMIN B. WAGNER
                                      United States Attorney

                                        By: /s/ Jeremy R. Jehangiri
                                            JEREMY R. JEHANGIRI
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## **O R D E R**

IT IS SO ORDERED.

Dated:    October 26, 2011                            
                                        CHIEF UNITED STATES DISTRICT JUDGE