**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
EDWARD JOSEPH GREEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00044 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND PROPOSED |
| vs. | **ORDER** |
| EDWARD JOSEPH GREEN, | Date: December 5, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the status conference currently scheduled for Monday, December 5, 2011, **be continued to December 19, 2011, at 11:00 a.m.** This continuance is requested based on upon the fact that the attorney for the Defendant herein needs additional time for preparation and investigation of the case.

Counsel for Defendant has been in contact with Assistant United States Attorney, Jeremy R. Jehangiri, who has no objection to this continuance.

The parties agree that time shall be excluded from the filing of the motions through the hearing date on December 5, 2011, pursuant to 18 U.S.C. § 3161(h)(1)(F).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: December 1, 2011.

                                    NUTTALL COLEMAN & WILSON

                                    By: /s/ Roger T. Nuttall
                                           ROGER T. NUTTALL
                                           Attorneys for Defendant
                                           EDWARD JOSEPH GREEN

DATED: December 1, 2011.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Jeremy R. Jehangiri
                                           JEREMY R. JEHANGIRI
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## **O R D E R**

IT IS SO ORDERED.

Dated:      December 1, 2011           _/s/_
                                      CHIEF UNITED STATES DISTRICT JUDGE