**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
EDWARD JOSEPH GREEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDWARD JOSEPH GREEN,<br><br>　　　　Defendant. | Case No.: 1:11-CR-00044 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND PROPOSED<br><br>**ORDER**<br><br>Date: December 19, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the status conference currently scheduled for Monday, December 19, 2011, **be continued to January 30, 2012, at 9:00 a.m.** This continuance is requested based on upon the fact that the attorney for the Defendant herein needs additional time for preparation and investigation of the case.

　Counsel for Defendant has been in contact with Assistant United States Attorney, Jeremy R. Jehangiri, who has no objection to this continuance.

　The parties agree that time shall be excluded from the hearing date on December 19, 2011, through January 30, 2012,

pursuant to 18 U.S.C. § 3161(h)(1)(F).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: December 14, 2011.

                NUTTALL COLEMAN & WILSON

                By: /s/ Roger T. Nuttall
                    ROGER T. NUTTALL
                    Attorneys for Defendant
                    EDWARD JOSEPH GREEN

DATED: December 14, 2011.

                BENJAMIN B. WAGNER
                United States Attorney

                By: /s/ Jeremy R. Jehangiri
                    JEREMY R. JEHANGIRI
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

# **O R D E R**

IT IS SO ORDERED.

Dated:     December 16, 2011
                              CHIEF UNITED STATES DISTRICT JUDGE