**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
EDWARD JOSEPH GREEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00044 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND RELATED DEADLINES AND ORDER |
| vs. | |
| EDWARD JOSEPH GREEN, | **ORDER** |
| Defendant. | Date: April 9, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the sentencing hearing currently scheduled for Monday, April 9, 2012, **be continued to May 7, 2012, at 10:00 a.m.**

IT IS FURTHER HEREBY STIPULATED that the parties shall be subject to the following schedule:

1. Report available to defense counsel and AUSA on April 2, 2012;

2. Informal Objections due to Probation and opposing counsel on April 16, 2012;

3. Objections filed with Court and served on Probation and opposing counsel shall be April 30, 2012.

**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900

This continuance is based upon scheduling conflicts as related to counsel for the Defendant herein.

Counsel for Defendant has been in contact with Assistant United States Attorney, Jeremy R. Jehangiri, who has no objection to this continuance.

Counsel has also been in contact with Sara L. Kirk, United States Probation Officer, who has no objection to this continuance.

DATED: February 14, 2012.

    NUTTALL COLEMAN & WILSON

    By: /s/ Roger T. Nuttall
    ROGER T. NUTTALL
    Attorneys for Defendant
    EDWARD JOSEPH GREEN

DATED: February 14, 2012.

    BENJAMIN B. WAGNER
    United States Attorney

    By: /s/ Jeremy R. Jehangiri
    JEREMY R. JEHANGIRI
    Assistant U.S. Attorney
    Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: February 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE