BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:11-CR-00044-AWI |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| EDWARD JOSEPH GREEN,<br>  aka EDWARD JOSEPH MORALES, | ) |
| Defendant. | ) |

WHEREAS, on February 10, 2012, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Edward Joseph Green aka Edward Joseph Morales in the following property:

    a. One HP Pavilion laptop computer, serial number CND9330RHH,
    b. One Sandisk Cruzer thumb drive, 4GB, serial number BH06089GB,
    c. One Maxtor external hard drive, serial number 2DD10FW1,
    d. One HP desktop computer, serial number MXK61303TJ,
    e. One Maxtor 60 GB external hard drive, serial number Y2329LVC,
    f. One Maxtor hard drive, serial number G3HFD9EC,
    g. One Samsung 250 GB hard drive, serial number S09QJ10L311184,
    h. One Maxtor hard drive, serial number V606G03C,
    i. Storage case with three memory cards:
       i)   Lexar 512MB,

        ii) Sandisk 8GB,
        iii) Dane-Elec 1GB,
  j. Eight mini VHS tapes,
  k. Seven VHS tapes, and
  l. Miscellaneous non-commercial CD/DVD discs.

AND WHEREAS, beginning on February 24, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Edward Joseph Green aka Edward Joseph Morales.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

/ / /

/ / /

/ / /

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  May 18, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE